# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-00278-01-CR-W-BP |
| ) | |
| ) | |
| TAMOND E. THOMAS, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

On January 13, 2020, counsel for Defendant Tamond E. Thomas filed a motion pursuant to 18 U.S.C. § 4241 for a determination of Defendant's mental competency to stand trial. Doc. 23. On January 16, 2020, the Court granted defense counsel's motion. Doc. 24. The Court ordered Defendant be committed to a suitable facility to undergo an examination by a licensed or certified psychiatrist or psychologist, and the report be filed with the Court. *Id.* at 3.

On November 9, 2020, the Court received a psychological report from Dr. Alicia Gilbert (Doc. 36), which concluded Defendant is competent to understand the nature and consequence of the proceedings against him and assist properly in his defense. This report was provided to and reviewed by counsel for the Government and counsel for Defendant. On January 27, 2021, a hearing was held pursuant to 18 U.S.C. § 4247(d) for the purpose of determining the mental competency of Defendant to stand trial. At this hearing, counsel for the Government and counsel for Defendant stipulated that the Court could consider Dr. Gilbert's psychological report as if Dr. Gilbert had appeared in person and testified under oath. No additional evidence was offered by the Government or by Defendant.[1]

---

[1] During the hearing, Defendant raised concerns about his attorney. The Court informed Defendant that those concerns, which are also raised in Defendant's pending pro se request for "immediate removal of

Based on the record before the Court and the uncontroverted findings of Dr. Gilbert, it is RECOMMENDED that the District Court find Defendant is competent to understand the nature and consequence of the proceedings against him and assist properly in his defense.

Counsel are reminded they have fourteen days in which to file any objections to this Report and Recommendation. A failure to file and serve objections by this date shall bar an attack on appeal of the factual findings in this Report and Recommendation except on the grounds of plain error or manifest injustice.

DATE: January 28, 2021         /s/ W. Brian Gaddy
                               W. BRIAN GADDY
                               UNITED STATES MAGISTRATE JUDGE

---

current appointed counsel" (Doc. 39), would not be addressed unless and until the District Court found Defendant was competent.