# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-00278-01-CR-W-BP |
| ) | |
| TAMOND E. THOMAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On January 13, 2020, Defendant was ordered to undergo a competency evaluation. (Doc. 24.) Defendant was examined by Alicia Gilbert, Ph.D., a Forensic Psychologist. Dr. Gilbert opined that Defendant is competent to proceed in this matter. (Doc. 36.) During a hearing held before United States Magistrate Judge W. Brian Gaddy, Defendant and the Government stipulated to Dr. Gilbert's report, and no other evidence was offered. (*See* Doc. 46.) Thereafter, Judge Gaddy issued a Report recommending that the Court find that Defendant is competent to proceed. (Doc. 45.) No party objected to the Report and Recommendation, and the time to do so has passed. After reviewing the Record, including Dr. Gilbert's report, it is **ORDERED** that Judge Gaddy's Report and Recommendation is adopted in its entirety, and the Court finds that Defendant is competent.

**IT IS SO ORDERED.**

DATE: April 20, 2021

_/s/Beth Phillips_
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT